## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 1:21-CV-19983-NLH-AMD

Plaintiff:
**CASSANDRA SANTIAGO, on behalf of herself and all others similarly situated**

vs.

Defendant:
**GENERAL REVENUE CORPORATION**


STS2021033411

For:
Joseph K. Jones, Esq.

Received by STATUS, L.L.C. to be served on **GENERAL REVENUE CORPORATION, C/O C T CORPORATION SYSTEM, 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628**.

I, Sharon McCabe Villa, do hereby affirm that on the **16th day of November, 2021** at **9:44 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons, Class Action Complaint, Certification Pursuant To L. CIV. R. 11.2, Exhibit A** with the date and hour of service endorsed thereon by me, to: **Nicole Guido** as **Registered Agent** at the address of: **820 BEAR TAVERN ROAD, TRENTON, NJ 08628** on behalf of **GENERAL REVENUE CORPORATION**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 39, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 140, Hair: Dark Blonde, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*Sharon McCabe Villa    11/18/21*
Sharon McCabe Villa

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2021033411
Service Fee: _____